# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| EARNES L. GREENE, | ) |
| Plaintiff, | ) |
| | ) Case Number: 2:12-cv-302 |
| v. | ) |
| TOTAL TRANSPORTATION SYSTEM, INC. and JAMES D. HIRSCH, | ) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on September 10, 2012, by teleconference and attended by John Henry Hall, counsel for plaintiff, and Eric A. Riegner, counsel for defendants. The parties have agreed as follows:

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange by October 25, 2012, the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

   (a) Discovery will be needed on the following subjects: liability facts, damages, medical treatment, and lost wages.

   (b) All discovery commenced in time to be completed by July 15, 2013.

   (c) Maximum of 30 interrogatories by each party to any other party.

   (d) Maximum of 30 requests for admission by each party to any other party.

   (e) Maximum of five (5) depositions by plaintiff and five (5) depositions by defendants.

      (f)      Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

      (g)      Reports from retained experts under Rule 26(a)(2) due from plaintiff by May 15, 2013, and from defendants by June 15, 2013.

      (h)      Supplementations under Rule 26(e) due every six (6) weeks until trial.

4.      <u>Other Items</u>.

      (a)      The parties do not request a conference with the court before entry of the scheduling order.

      (b)      The parties request a pretrial conference 60 days before trial.

      (c)      The parties should be allowed until November 30, 2012, to join additional parties and to amend the pleadings, without leave of court.

      (d)      The last day for the filing of all potentially dispositive motions is six (6) months before trial.

      (e)      Settlement cannot be evaluated prior to the deposition of the plaintiff. The parties defer selection of a mediator until later.

      (f)      Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties 60 days before trial.

      (g)      Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      (h)      The case should be ready for trial by jury in October of 2013, and at this time is expected to take approximately three (3) days.

                                          FROST BROWN TODD LLC

| | |
|---|---|
| */s/John Henry Hall*  | By: */s/ Eric A. Riegner* |
| John Henry Hall | Eric A. Riegner, #14057-49 |
| 1937 Madison Street | Timothy Karns, 27190-06 |
| Gary, IN  46407 | FROST BROWN TODD LLC |
| | 201 North Illinois Street, Suite 1900 |
| *Attorney for Plaintiff* | P.O. Box 44961 |
| | Indianapolis, IN  46244-0961 |
| | |
| | *Attorneys for Defendants Total Transportation System, Inc. and James D. Hirsch* |

INDLibrary1 LR13032.0598022   1085996v1